UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AT&T CORP.,** *Plaintiff* | § § § |
| v. | §    No. 1:22-CV-00466-DH § |
| **ACILIS BACKBONE TECHNOLOGIES, LLC,** *Defendant* | § § § § |

# ORDER

Before the Court is Defendant's counsel Adam Pugh's Motion to Withdraw, Dkt. 32. The motion is unopposed. The Court set the motion for hearing, and for the reasons stated on the record in that hearing, the Court will continue ruling on the motion until after the Court has ruled on Plaintiff AT&T's currently pending motion for summary judgment, Dkt. 33.

Accordingly, the Court **CONTINUES** its consideration of the motion to withdraw until after the Court has ruled on AT&T's motion for summary judgment.

Additionally, as explained to the parties in the hearing, the Court **VACATES** the current scheduling order, Dkt. 31, along with any remaining pretrial deadlines set therein (either explicitly or by operation of the local rules). If necessary, the Court will set a status conference with the parties to determine a new scheduling order once the Court has ruled on the motion for summary judgment.

SIGNED August 24, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE